No. 805

KIRK et al v. WELDY
Ohio Appeals, 2nd District, Montgomery County
No. 541. Decided July 25, 1923

216. INJUNCTION.

Injunction proper remedy in boundary dispu where defendant is not in possession of land—Court

refusal to impanel jury in injunction case is not erroneous.

BY THE COURT.

### Epitomized Opinion

Weldy brought an action against Margaret and William Kirk to enjoin them from interfering with her possession of Lot No. 20208 in the City of Dayton. Plaintiff alleged that the defendants were about to erect a garage on a portion of plaintiff's lot and will trespass thereon, and as such trespasses will be repeated and continuous, no adequate remedy will exist at law. Plaintiff did not admit that the defendants were in possession of any part of the lot referred to in the petition. As the court granted the injunction, the defendants prosecuted error. In sustaining the decision of the lower court, the Court of Appeals held:

1. As the defendant was not in possession, an injunction is an appropriate remedy where there is a dispute as to a certain boundary.

2. As the undisputed evidence showed that the plaintiff was the owner and entitled to the possession of real estate in question, no prejudicial error was committed by the court's refusal to impanel a jury, as it would have been the duty of the trial court to take the case from the jury and instruct a verdict for the plaintiff under the facts of this case.

Attorneys—I. L. Jacobson, for Kirk et al; McMahon, Corwin & Landis, for Weldy.